ROBERT SCHLIMBACH, Respondent, *v.* DONALD McLEAN,
Appellant.

*Schlimbach* v. *McLean*, 83 App. Div. 157, affirmed.
(Argued April 6, 1904; decided April 26, 1904.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
June 5, 1903, affirming a judgment in favor of plaintiff
entered upon the report of a referee.

*Albert Ritchie* for appellant.

*Lucius L. Gilbert* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT,
VANN, CULLEN and WERNER, JJ.

---

GEORGE E. BINGHAM, Respondent, *v.* ALBERT B. HENDRIX
et al., Appellants, Impleaded with Another.

*Bingham* v. *Hendrix*, 79 App. Div. 644, affirmed.
(Argued April 7, 1904; decided April 26, 1904.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
January 19, 1903, affirming a judgment of the Monroe
County Court in favor of plaintiff entered upon a decision of
the court on trial without a jury.

*William W. Webb* for appellants.

*John H. Hopkins* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, VANN, CUL-
LEN and WERNER, JJ. Not voting: O'BRIEN, J.